**David HINCHMAN, Respondent,**

v.

**Sarah Xianghong HINCHMAN, Appellant.**

**No. WD 71143.**

Missouri Court of Appeals, Western District.

Aug. 24, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 2010.

Application for Transfer Denied Nov. 16, 2010.

Dennis J. Campbell Owens, Kansas City, MO, for Appellant.

Jill C. Jackoboice, Kansas City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES EDWARD WELSH, J., and JAMES W. VAN AMBURG, Sp. J.

### ORDER

PER CURIAM:

Sarah Xianghong Hinchman appeals the circuit court's judgment dissolving her marriage to David Hinchman. We affirm. Rule 84.16(b).